*By order of the Bankruptcy Appellate Panel, the precedential effect of this decision is limited to the case and parties pursuant to 6th Cir. BAP LBR 8024-1(b).  See also 6th Cir. BAP LBR 8014-1(c).*

File Name: 20b0008n.06

# BANKRUPTCY APPELLATE PANEL

## OF THE SIXTH CIRCUIT

---

IN RE: ORMET CORPORATION, a Delaware Corporation; ORMET PRIMARY ALUMINUM CORPORATION; ORMET ALUMINUM MILL PRODUCTS CORPORATION; SPECIALTY BLANKS HOLDINGS CORPORATION; SPECIALTY BLANKS, INC.; FORMCAST DEVELOPMENT INC.; ORMET RAILROAD CORPORATION,

*Debtors.*

No. 20-8007

---

Appeal from the United States Bankruptcy Court
for the Southern District of Ohio at Columbus.
No. 2:04-bk-51255—C. Kathryn Preston, Judge.

Decided and Filed:  September 28, 2020

Before:  DALES, PRICE SMITH, and WISE, Bankruptcy Appellate Panel Judges.

---

**LITIGANT**

**ON BRIEF:**  Jeffrey D. Butler, Jackson, Tennessee, pro se.

---

**OPINION AND ORDER**

---

JESSICA E. PRICE SMITH, Bankruptcy Appellate Panel Judge.  The issue on appeal before the Panel is whether the bankruptcy court erred in denying Jeffrey Butler's motion for a new hearing.  After reviewing the record, Mr. Butler's brief, and applicable law, the Panel concludes that the bankruptcy court did not err in denying Mr. Butler's motion as moot.  The bankruptcy case has concluded and there is no further relief available.  Accordingly, we **AFFIRM**.